938 A.2d 919

IN THE MATTER OF RONALD I. KAPLAN, AN ATTORNEY
AT LAW, (ATTORNEY NO. 008281985).

December 6, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court, its decision in DRB 07–142, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **RONALD I. KAPLAN** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1985, should be disbarred, based on discipline imposed in the Commonwealth of Pennsylvania for the knowing misappropriation of client and escrow trust funds in violation of the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **RONALD I. KAPLAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **RONALD I. KAPLAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **RONALD I. KAPLAN** be. and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **RONALD I. KAPLAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.